UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X
DARWIN F. TORRES:
A078-685-892,
Petitioner,

**ORDER**
25-cv-04978 (JMA)

-against-

KENNETH GENALO,
Field Office Director, New York Field Office,
Enforcement and Removal, Immigration &
Customs Enforcement;
TODD M. LYONS,
Acting Director, Immigration & Customs
Enforcement;
KRISTI NOEM, Director,
Department of Homeland Security,
Respondents,

Defendant.
----------------------------------------------------------------------X

**AZRACK, United States District Judge:**

Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 (the "Petition"), IT IS HEREBY ORDERED that

1. Respondents are ORDERED to file a return on the Order to Show Cause why the Petition (and Petitioner's requests for emergency relief) should not be granted by **September 11, 2025.**

2. Petitioner shall have an opportunity to reply by **September 15, 2025.**

3. Pending consideration of the Petition and until the Court directs otherwise, Respondents ARE HEREBY RESTRAINED from transferring the Petitioner out of the Eastern District of New York.

Petitioner shall promptly serve this Order to Show Cause and the Petition on the United States Attorney for the Eastern District of New York by **6:00 p.m. on September 7, 2025**, which shall constitute good and sufficient service. Petitioner shall promptly file proof of service on ECF.

The Court is also emailing this Order to Show Cause (along with a copy of the Petition and the docket sheet) to the United States Attorney's Office for the Eastern District of New York ("USAO"). The USAO shall promptly confirm that it has received this email. The USAO shall promptly communicate and disseminate this Order to the Show Cause and the Petition to the Respondents.

**SO ORDERED.**
Dated: September 6, 2025
       Brooklyn, New York

                                                /s/ (JMA)
                                      JOAN M. AZRACK
                                      UNITED STATES DISTRICT JUDGE