FILED
CLERK
9/10/2025 4:11 pm
U.S. DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
DARWIN F. TORRES,

                              Petitioner,

          v.

Kenneth Genalo FIELD OFFICE DIRECTOR, NEW YORK FIELD OFFICE ENFORCEMENT AND REMOVAL, IMMIGRATION & CUSTOMS ENFORCEMENT, Todd M. Lyons ACTING DIRECTOR, IMMIGRATION & CUSTOMS ENFORCEMENT, and Kristi Noem DIRECTOR, DEPARTMENT OF HOMELAND SECURITY

                              Respondents.
------------------------------------------------------------------x

**STIPULATION AND ORDER TO TRANSFER VENUE**

Civil Action No. 25-cv-4978 (JMA)

       WHEREAS, Petitioner Darwin F. Torres ("Plaintiff") commenced the above-captioned *habeas* action on June 5, 2025, against Respondents Kenneth Genalo, Field Office Director, New York Field Office Enforcement and Removal, Immigration & Customs Enforcement; Todd M. Lyons, Acting Director, Immigration & Customs Enforcement, and Kristi Noem, Director, Department of Homeland Security (collectively "Respondents");

       WHEREAS, the action challenges Petitioner's detention through a Petition for a *writ of habeas corpus* pursuant to 28 U.S.C. § 2241;

       WHEREAS, as articulated in *Khalil v. Joyce*, 771 F. Supp. 3d 268 (S.D.N.Y. 2025), "a person challenging his detention through a habeas petition is required to file that petition in the federal district where he is detained at the time of filing." *Khalil*, 771 F. Supp. 3d at 273 (citing *Rumsfeld v. Padilla*, 542 U.S. 426 (2004);

       WHEREAS, the Petition in the above-captioned action was filed at 10:21 a.m. on September 5, 2025;

       WHEREAS, Petitioner was transferred from Nassau County Correctional Center, located

in East Meadow, New York, to Delaney Hall Detention Facility, located in Newark, New Jersey, within the district of New Jersey, see 28 U.S.C. §110, at 6 p.m. on September 4, 2025, and has not been detained in the Eastern District of New York at any time since then;

WHEREAS, this habeas petition is plainly improperly filed in this District;

WHEREAS, on September 5, 2025, Petitioner was transferred from Delaney Hall Detention Facility located in Newark, New Jersey, to the Alexandria Staging Facility located in Alexandria, Louisiana and, on September 6, 2025, was transferred to the East Montana Detention Facility located in El Paso, Texas where he remains in custody;

WHEREAS, Respondents do not waive any argument or defense in this action including, without limitation, regarding service, venue, or jurisdiction;

[intentionally left blank]

IT IS NOW HEREBY STIPULATED AND AGREED by and between Petitioner and Respondents to the above-captioned action that this action shall be transferred pursuant to 28 U.S.C. § 1406 to the United States District Court for the District of New Jersey.

Dated: New York, New York
September 10 2025

LAW OFFICE OF JOSHUA E. BARDAVID
Counsel for Petitioner
277 Broadway, Suite 1501
New York, New York 10007

By: *(signature)*

Joshua E. Bardavid, Esq.
(212) 219-3244
Josh@Bardavidlaw.com

Dated: Central Islip, New York
September 10, 2025

JOSEPH NOCELLA, JR.
United States Attorney
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By: /s/ Megan J. Freismuth
Megan J. Freismuth
Assistant U.S. Attorney
(631) 715-7905
Megan.freismuth@usdoj.gov

The Clerk of the Court is directed
to transfer this case to the USDC-NJ.
SO ORDERED.
/s/ Joan M. Azrack, USDJ
9/10/2025